# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MOBILE MOTHERBOARD INC.,**<br><br>  Plaintiff,<br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>  Defendant. | C.A. No. 6:23-cv-325-KC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE NOTICE OF THE DISPUTE RESOLUTION PROVIDER

The Court having considered Joint Motion for Extension of Time to Respond to Provide Notice of the Dispute Resolution Provider, finds that there is good cause for granting the motion. The motion is therefore GRANTED.

The parties shall have until February 26, 2024, to provide the Court with written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding.

IT IS SO ORDERED.

Dated: _____

                                                        Honorable Kathleen Cardone
                                                        United States District Judge