### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **MOBILE MOTHERBOARD INC.,**<br><br>Plaintiff,<br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>Defendant. | C.A. No. 6:23-cv-325-KC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

### JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to the Notice of Acceptance of Offer of Judgment (Dkt. No. 37) and the Order (Dkt. No. 38) requesting the parties jointly file a proposed final judgment, Plaintiff Mobile Motherboard Inc. and Defendant AsusTek Computer Inc. jointly file this motion for entry of a final judgment.

The parties thank the mediator, William Parrish, for his assistance with resolving this dispute.

Dated: July 12, 2024

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ David R. Bennett* | */s/ Vinay V. Joshi* |
| David R. Bennett | Vinay V. Joshi |
| Direction IP Law | Amin Turocy & Watson LLP |
| P.O. Box 14184 | 160 West Santa Clara Street, Suite 975 |
| Chicago, IL 60614-0184 | San Jose, CA 95113 |
| Telephone: (312) 291-1667 | Telephone: 650-618-6481 |
| e-mail: dbennett@directionip.com | e-mail: vjoshi@atwiplaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Mobile Motherboard Inc.* | *Asustek Computer Inc.* |

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 12, 2024, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

>  */s/ David R. Bennett*
>  David R. Bennett