# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MOBILE MOTHERBOARD INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **ASUSTEK COMPUTER INC.,** <br><br> Defendant. | C.A. No. WA-23-cv-325-KC <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

## [PROPOSED] FINAL JUDGMENT

This action having been commenced by Mobile Motherboard Inc. ("Plaintiff") against ASUSTeK Computer Inc. ("Defendant") for infringement of United States Reissued Patent No. RE48,365 and Defendant filing an Offer of Judgment Pursuant to Federal Rule of Civil Procedure Rule 68 ("Offer"), ECF No. 36, which was accepted by Plaintiff, ECF No. 37;

THE COURT HEREBY ENTERS judgment in favor of Plaintiff and against Defendant in the sum of $20,000.00, with the result that the total judgment amount, including recoverable costs, which Defendant shall be obligated to pay shall be $20,000.00.  This shall be the total amount to be paid by Defendant on account of any and all liability claimed in this action, including all costs of suit and attorney fees otherwise recoverable in this action by Plaintiff and will satisfy every prayer for relief contained within the Plaintiff's complaint.

This Judgement is final.

Dated: _____

                                                         Honorable Kathleen Cardone
                                                         United States District Judge