## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **MOBILE MOTHERBOARD INC.,** | § |
| | § |
|   Plaintiff, | § |
| | § |
| v. | §     **CAUSE NO. WA-23-CV-325-KC** |
| | § |
| **ASUSTEK COMPUTER INC.,** | § |
| | § |
|   **Defendant**. | § |

## FINAL JUDGMENT

On this day, the Court considered the parties' Joint Motion for Entry of Final Judgment ("Motion"), ECF No. 39. Upon due consideration, the Motion is **GRANTED**.

Plaintiff Mobile Motherboard Inc. filed this case against Defendant ASUSTeK Computer Inc., alleging infringement of United States Reissued Patent No. RE48,365. Defendant filed an Offer of Judgment Pursuant to Federal Rule of Civil Procedure Rule 68 ("Offer"), ECF No. 36, which Plaintiff accepted. Notice Acceptance, ECF No. 37.

Accordingly, the Court **ENTERS JUDGMENT** in favor of Plaintiff and against Defendant in the sum of $20,000.00, with the result that the total judgment amount, including recoverable costs, which Defendant shall be obligated to pay shall be $20,000.00. This shall be the total amount to be paid by Defendant on account of any and all liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff and will satisfy every prayer for relief contained within Plaintiff's complaint.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 15th day of July, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2